PER CURIAM.
The order imposing costs under sections 943.25(4), 960.20 and 27.3455, Florida Statutes, without notice or opportunity to be heard, violated appellant’s constitutional due process rights and is hereby reversed. See Jenkins v. State, 444 So.2d 947 (Fla. 1984); Brooks v. State, 490 So.2d 173 (Fla. 5th DCA 1986). See also Gaffney v. State, 497 So.2d 1292 (Fla. 5th DCA 1986), rev. denied, 506 So.2d 1041 (Fla.1987); Evins v. State, 497 So.2d 1293 (Fla. 5th DCA 1986); Outar v. State, 508 So.2d 1311 (Fla. 5th DCA 1987).
REVERSED.
ORFINGER, COBB and COWART, JJ., concur.